UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 15-20723
Hon. Matthew F. Leitman

v.

D3, RODNEY MORET-QUEZADA,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT RODNEY MORET-QUEZADA'S MOTION IN LIMINE TO SUPPRESS MAPS REPORTS

On July 27, 2016, Defendant Rodney Moret-Quezada filed a Motion in Limine to Suppress MAPS Reports (the "Motion"). (*See* ECF #102.) The Court held hearings on the Motion on October 6, 2016 and December 8, 2016. For the reasons stated on the record at the December 8, 2016 hearing, it is **HEREBY ORDERED** that the Motion is **GRANTED.**

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: December 8, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 8, 2016, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (313) 234-5113